IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMARCO L. MOSBY, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CA 3:99-CV-1478-D |
| | ) | |
| ROGER A. RUDLOFF, et al., | ) | |
|     Defendants. | ) | |

## NOTICE OF DEFICIENCY AND ORDER

Upon review of the papers and pleadings filed in the above styled and numbered cause, the following deficiencies appear:

( )  Complaint is not in compliance with Federal Rule of Civil Procedure 8(a).

( )  Signature of the attorney of record or each party proceeding *pro se* is required on each pleading, motion or other paper filed by that party. (See Federal Rule of Civil Procedure 11). Plaintiff(s) must submit a new and properly signed: ( ) complaint.   ( ) request to proceed *in forma pauperis*.

( )  A filing fee has not been paid nor has a request to proceed *in forma pauperis* been submitted.

(X)  The submitted request to proceed in forma pauperis provides insufficient information to determine whether in forma pauperis status is appropriate. (District Court's request form - Question(s) No. ____ ).
   **Six month certificate of inmate trust account required**

**The Clerk of the Court shall take the following indicated action:**

(X)  A true copy of this order shall be mailed to each plaintiff or plaintiff's attorney of record. No further process shall issue except upon further order of the Court.

(X)  A form application to proceed *in forma pauperis* shall be mailed to each plaintiff.

( )  A copy of Federal Rule of Civil Procedure 8 shall be mailed to each plaintiff.

It is hereby **ORDERED** that plaintiff(s) shall cure each aforementioned deficiency within twenty (20) days of the date of this order. Failure to comply with this order will result in a recommendation that the complaint be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED this __6__ day of July, 1999.

                                                                          UNITED STATES MAGISTRATE JUDGE