ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 13 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| DEMARCO L. MOSBY, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:99-CV-1478-D |
| VS. | § |
| | § |
| ROGER A. RUDLOFF, DPO, et al., | § |
| | § |
| Defendants. | § |

## JUDGMENT

For the reasons set out in an order filed today, it is ordered and adjudged that plaintiff's action is dismissed with prejudice.

Defendants' taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas this 13th day of March, 2001.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

29