BC
cfmj
ORIGINAL

United States Magistrate Judge

3:99CV1478-D

I recieved your order in the mail today 6-5-01. The order was signed May 24th 2001. I am requesting that you give an extention on the way that I have to turn in my application to proceed in forma pauperis for two reasons. One because I recieved the application 12 days after the order was signed. It was sent to the wrong address. I notified the courts of my change of address when I was assigned to the Beto 1 unit last August.

My main reason for asking for an extention is because today officers did a surprise shakedown and my application to proceed in forma pauperis was accidently trashed by officers. If you would send me another form and grant me an extention it will be greatly appreciated.

Respectfully Submitted
on this 5th day of June, 2001

Demarco L. Mosley
900476
P.O. Box 128
Beto 1 unit
Tenn. Colony, TX 75880

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 8 2001
CLERK, U.S. DISTRICT COURT
By_____
Deputy

33